UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY VICIDOMINE,

    Plaintiff,

v.                                                              Case No:   2:13-cv-407-FtM-38CM

CHAD OSBORNE, APRILE
OSBONE, and ACTS REAL ESTATE
SERVICES, INC.,

    Defendants.
_____/

**<u>ORDER</u>**[1]

    This matter is before the Court on review of the file.  On November 22, 2013, this Court entered a Case Management and Scheduling Order ([Doc. #33](#)) directing the parties to complete mediation by March 1, 2014.  The parties mediated this matter on February 26, 2014 ([Doc. #35](#)), but did not advise the Court of the mediation's outcome.  On March 17, 2014, the Court directed the parties to advise it as to the status of mediation. ([Doc. #36](#)).  Complying with that Order ([Doc. #36](#)), a Mediator's Interim Report ([Doc. #37](#)) was filed, informing the Court that mediation was continued until March 25, 2014, to allow the parties to exchange additional settlement proposals.  Since that time, the parties have not updated the Court as to the status of the continued mediation.  Additionally, under [Middle

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

District of Florida Local Rule 9.06(a), the mediator must file a written report with the Court within seven (7) days following the conclusion of the mediation indicating, among other things, whether the case was settled. To date, the Court has not received any such report. The parties, therefore, are directed to comply with Local Rule 9.06.

Accordingly, it is

**ORDERED:**

The parties shall advise the Court on or before **April 9, 2014**, as to the status mediation in this case in accordance with this Court's Local Rules.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of April, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record