UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY VICIDOMINE,

        Plaintiff,

v.                               Case No: 2:13-cv-407-FtM-38CM

CHAD OSBORNE, APRILE
OSBORNE, and ACTS REAL
ESTATE SERVICES

        Defendants.
_____/

## **ORDER**[1]

      This matter comes before the Court on review of the file. A Mediator's Report (Doc. #41) was filed on April 8, 2014, stating that Plaintiff Anthony Vicidomine and Defendants Chad Osborne, Aprile Osborne, and Acts Real Estate Services had reached an agreement in principle and were in the process of reducing their settlement to writing. Having received no notice of settlement or dismissal, the Court ordered the parties to advise it as to the status of settlement on May 1, 2014. (Doc. #42). The parties responded on May 7, 2014, explaining that they were finalizing the settlement documents and would notify the Court once they had finished. (Doc. #43). Despite more than thirty (30) days lapsing, the parties have not filed a notice of settlement or dismissal per Middle District of Florida Local Rule 3.08 to date.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

Plaintiff Anthony Vicidomine and Defendants Chad Osborne, Aprile Osborne, and Acts Real Estate Services shall advise the Court as to the status of settlement in this case on or before **June 16, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of June, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record